Rudolph Vianger, Respondent, v. The Erie Railroad Company, Appellant.— Judgment and order affirmed, with costs.    All concurred.

Maria Orsolina, Respondent, v. John Ruggiero and Another, Appellants.— Judgment and order affirmed, with costs.    All concurred.

Frank Lawrence, Respondent, v. Stuyvesant Insurance Company, Appellant.— Judgment and order affirmed, with costs.    All concurred.

Rocco Perla, Respondent, v. Julius F. Wingenbach, Appellant.— Judgment affirmed, with costs.    All concurred.

Leonard Ward, Respondent, v. Granby Pulp and Paper Company, Appellant.— Judgment and order affirmed, with costs.    All concurred.

Earl Snyder, an Infant, etc., Respondent, v. Buffalo and Lake Erie Traction Company, Appellant.— Judgment and order affirmed, with costs.    All concurred.

Harold Webb, an Infant, etc., Respondent, v. Walter Bradley and Another, Appellants.— Judgment and order affirmed, with costs.    All concurred.

Herbert E. Jones and Another, Respondents, v. Lehigh Valley Railroad Company, Appellant.— Judgment of Special Term and judgment of Buffalo City Court reversed, and a new trial granted in the Buffalo City Court, with costs in all courts to appellant to abide event.    New trial to be had on the 10th day of June, 1914, at ten A. M.    Held, that the plaintiff failed to prove that the grape fruit was in good condition when received by defendant for shipment over its railroad, or that the damaged condition of the fruit when received by the consignee at Buffalo was due to any neglect on the part of the defendant.    All concurred.

John Brown, Appellant, v. General Drop Forge Company, Respondent. — Motion for reargument denied, with ten dollars costs.    Motion for leave to appeal to Court of Appeals denied.

Julia M. A. Mandery, Appellant, v. Joseph J. Mandery, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

John F. Brayer, Appellant, v. Lily B. M. Fenn, as Executrix, etc., Respondent.— Motion for leave to appeal to Court of Appeals granted, and questions for review certified.

Frank Taylor, Appellant, v. Lily B. M. Fenn, as Executrix, etc., Respondent.— Motion for leave to appeal to Court of Appeals granted, and questions for review certified.